391 A.2d 706

Commonwealth v. Zebley, Appellant.

644

 Submitted November 14, 1977. Donald R. Marsh, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.